1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STAPLETON,<br><br>               Petitioner,<br><br>v.<br><br>P. THOMPSON, WARDEN, FCI-HERLONG,<br><br>               Respondent. | CASE NO. 2:22-CV-00305-DMC (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On May 17, 2022, Respondent requested an extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition.

IT IS HEREBY ORDERED, that for good cause shown based on counsel's declaration indicating the need for additional time to receive and review documents from the Bureau of Prisons, Respondent's request until June 16, 2022, to file its response or motion to dismiss is granted.

Dated:  May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1