UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STAPLETON,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>P. THOMPSON, WARDEN, FCI-HERLONG,<br><br>　　　　　　　Respondent. | CASE NO. 2:22-CV-00305-DMC (HC)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On June 16, 2022, Respondent requested an extension of time to file its response to Petitioner's 28 U.S.C. § 2241 petition. Good cause appearing therefor based on counsel's declaration indicating the need for additional time to receive and review documents from the Bureau of Prisons, Respondent's motion is granted.

IT IS HEREBY ORDERED that Respondent's response is due by August 2, 2022.

Dated:  June 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1