IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE STAPLETON, | No. 2:22-CV-0305-TLN-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion, ECCF No. 7, for an order directing Respondent to file a response to Petitioner's petition. Petitioner's motion is denied as unnecessary. Petitioner filed the instant motion on May 16, 2022. Prior to that date, the Court issued an order on March 3, 2022, directing Respondent to file a response to the pending petition. See ECF No. 3. The docket reflects that Respondent filed a motion to dismiss on July 29, 2022, in response to the petition. See ECF No. 13. Petitioner's opposition is due by October 7, 2022. See ECF No. 16.

IT IS SO ORDERED.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1