IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE STAPLETON,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL THOMPSON,<br><br>        Respondent. | No.  2:22-CV-0305-TLN-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

        Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Pending before the Court are: (1) Petitioner's motions, ECF Nos. 4, 19, and 21, for an order requiring the Bureau of Prisons to set an earlier projected release date; and (2) Respondent's motion, ECF No. 13, to dismiss.

        Petitioner is currently incarcerated following his conviction in the Central District of California in case no. 18-CV-0302-PA.  See ECF No. 1.  Petitioner initiated the current federal habeas petition on February 17, 2022, seeking relief under the First Step Act.  See id.  On April 18, 2022, Petitioner filed a near identical federal habeas petition in this Court, Stapleton v. Thompson, case no. 2:22-CV-0678-TLN-DMC (Stapleton II).  In Stapleton II, Petitioner indicates that he is serving a 77-month sentence, imposed on August 5, 2019, after a guilty plea to possession of methamphetamine with the intent to distribute, in violation of 18 U.S.C. § 841.  See ECF No. 1 in Stapleton II.  In Stapleton II, Petitioner also seeks relief under the First Step Act.

See id.

Respondents in both the current case and Stapleton II moved to dismiss the petitions. See ECF No. 13; see also ECF No. 9 in Stapleton II. In response to the motion to dismiss in Stapleton II, Petitioner filed a request for voluntary dismissal. See ECF No. 13 in Stapleton II. According to Petitioner, his petition in Stapleton II is moot because he has been provided a release date of February 27, 2023, to report to a half-way house. See id. Given that Petitioner has been provided the relief he seeks by way of the current petition, it is also moot and should be summarily dismissed.

Based on the foregoing, the undersigned recommends that this petition be summarily dismissed as moot and that all pending motions, ECF Nos. 4, 13, 19, and 21 also be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE