UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEE STAPLETON,<br><br>           Petitioner,<br><br>      v.<br><br>PAUL THOMPSON,<br><br>           Respondent. | No.  2:22-CV-00305-TLN-DMC<br><br>**ORDER** |

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On November 9, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2022, are ADOPTED IN FULL;

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is summarily DISMISSED as moot;

3. All pending motions (ECF Nos. 4, 13, 19, 21, and 25) are also DENIED as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

**Date: March 27, 2023**

_____
Troy L. Nunley
United States District Judge